**UNITED STATES of America,**
**Appellee,**

v.

**Martin HERNANDEZ–GOMEZ, also known as Felipe O. Rosas, also known as David Rodriquez, Jr., Appellant.**

No. 03–1492.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 1, 2003.

Decided Oct. 6, 2003.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Martin Hernandez–Gomez appeals the sentence the district court[1] imposed upon his guilty plea to illegal reentry following deportation after conviction for an aggravated felony, in violation of 8 U.S.C. § 1326. He also appeals the revocation of his supervised release and imposition of an additional term of imprisonment. On appeal, counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court plainly erred by revoking Hernandez–Gomez's supervised release without making a formal finding of guilt.

We conclude that we lack jurisdiction to review counsel's argument, because Hernandez–Gomez filed a notice of appeal in only the illegal-reentry case, and not the supervised-release case. *See* Fed. R.App. P. 3(a)(1) (appeal of right may be taken only by filing notice of appeal with district court).

We have reviewed the record in the illegal-reentry case independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, we affirm the district court's judgment as to the illegal-reentry conviction, and we dismiss Hernandez–Gomez's appeal of the revocation of his supervised release.

---

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.